**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2023

**BY ECF and Email**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

I write with the consent of the Government and Pretrial Services to request a temporary bail modification allowing Mekhi McGowan to travel from his home in the Southern District of Florida to the Middle District of Florida on Wednesday and Friday this week. Mr. McGowan seeks this permission so that he can drive less than two hours from St. Lucie to Orlando to bring his child's mother to the airport for a trip and pick her up when she returns.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Juliana Murray, Assistant U.S. Attorney

Application GRANTED. Defendant McGowan's conditions of bail are hereby modified to permit him to travel to the Middle District of Florida (1) on September 6, 2023, and return to his home in the Southern District of Florida that day, and (2) on September 8, 2023, and return to his home in the Southern District of Florida that day. All other conditions of bail shall remain in effect.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: Sept. 5, 2023