# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 19, 2023

> Application denied without prejudice. The Court will reconsider Defendant's request should he explain the purpose of the proposed travel.
>
> The Clerk of Court is directed to terminate ECF No. 21.
>
> SO ORDERED.
>
> /s/ Jennifer H. Rearden
> Jennifer H. Rearden, U.S.D.J.
> Date: December 19, 2023

**BY ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

    I write without objection from the Government or Pretrial Services to request a temporary bail modification allowing Mekhi McGowan to travel from his home in the Southern District of Florida to Orlando, in the Middle District of Florida, from December 30, 2023 to January 1, 2024. Mr. McGowan has had no issues during his more than four months on pretrial supervision and has traveled to Orlando during that time without any problem. *See* Dkt. 14.

    Thank you for your consideration of this request.

                    Respectfully submitted,

                    /s/ Ariel Werner
                    Ariel Werner
                    Assistant Federal Defender
                    212.417.8770

cc:   Juliana Murray, Assistant U.S. Attorney
       Amanda Maghan, U.S. Probation, Southern District of Florida