# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2023

*Upon consideration of additional information provided by defense counsel, the Court hereby grants Defendant's application. His conditions of bail are modified to permit him to travel to the Middle District of Florida from December 30, 2023 to January 1, 2024 for the purposes stated herein. Defendant shall provide his Pretrial Services Officer with his travel itinerary.*

*All other conditions of bail shall remain in effect.*

*The Clerk of Court is directed to terminate ECF No. 23.*

*SO ORDERED.*

*/s/ Jennifer H. Rearden*

*Jennifer H. Rearden, U.S.D.J.*
*Date: December 20, 2023*

**BY ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

I write in response to the Court's December 19, 2023 order, Dkt. 22, denying without prejudice my application for Mekhi McGowan to spend two nights in Orlando next week, from December 30, 2023 to January 1, 2024. Dkt. 21, 22. I hope that the following additional information will assure the Court as to the propriety of that application.

On July 31, 2023, Mr. McGowan was arrested in Florida on charges of mail fraud, wire fraud, and identity theft. He was released on agreed-upon bail conditions, including a curfew with GPS monitoring, that were continued when Mr. McGowan traveled to Manhattan two weeks later for his presentment in the Southern District of New York. Dkt. 8, 10. Since then, Mr. McGowan has had no issues on pretrial release. He has focused on working and taking care of his family.

Mr. McGowan lives in Port St. Lucie, in Florida's Southern District. Orlando—which is a less than two-hour drive from Port St. Lucie and is the residence of Mr. McGowan's girlfriend—is in the Middle District. In mid-January, Mr. McGowan's girlfriend expects to undergo surgery for endometriosis. Mr. McGowan is hoping to spend time with her in advance of that procedure and to celebrate the new year. Even if the Court grants his travel request, he will remain subject to a curfew with hours set by Pretrial Services.

      As noted, Mr. McGowan has traveled to Orlando overnight with the Court's permission during his pretrial supervision without incident, Dkt. 14, and the Government and Pretrial have no objection to the instant request. Thank you for considering it.

                              Respectfully submitted,

                              /s/ Ariel Werner
                              Ariel Werner
                              Assistant Federal Defender
                              212.417.8770

cc:    Juliana Murray, Assistant U.S. Attorney
        Amanda Maghan, U.S. Probation, Southern District of Florida