```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA          :  TRANSPORTATION ORDER

        - v -                     :  23 Cr. 372 (JHR)

Mekhi McGowan,                    :

                  Defendant.      :

----------------------------------x
```

Upon the application of **Mekhi McGowan**, by his attorney, Ariel Werner, Esq., Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Mekhi McGowan with funds to cover the cost of travel from Orlando, Florida to New York, New York in advance of his plea hearing on February 15, 2024; and

**ORDERED** that Mr. McGowan's flight arrive in New York no earlier than 11:00AM on February 14, 2024, and no later than 11:00PM on February 14, 2024; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York  
        February 10, 2024

SO ORDERED:

_Jennifer H. Rearden_  
HON. JENNIFER H. REARDEN  
United States District Judge