# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 20, 2024

**Application GRANTED.  Defendant's conditions of bail are temporarily modified to permit him to travel to the Middle District of Florida on February 21, 2024 for the purposes stated herein.  All other conditions of bail shall remain in effect.**

**BY ECF and Email**

**The Clerk of Court is directed to terminate ECF No. 30.**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED.**

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: February 20, 2024

Re: *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

    I write without objection from the Government or Pretrial Services to request a temporary bail modification allowing Mekhi McGowan to travel tomorrow from his home in the Southern District of Florida to the Middle District of Florida.  I apologize for the last-minute request:  Mr. McGowan's daughter's mother had her car towed, and she has asked him to drive her to Lakeland, Florida—about two hours away—to get it.  If the Court allows him to make this trip, he would drive there and back tomorrow without staying overnight.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:    Juliana Murray, Assistant U.S. Attorney