**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 25, 2024

*Defendant shall provide proof of the job orientation referenced herein.*

*The Clerk of Court is directed to terminate ECF No. 32.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.
Date: March 25, 2024*

**BY ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

I write without objection from the Government or Pretrial Services to request a temporary bail modification allowing Mekhi McGowan to travel from his home in the Southern District of Florida to Orlando, in the Middle District of Florida, this Wednesday, March 27, 2024. The purpose of the trip would be to attend orientation for a job that will be remote but requires in-person orientation. He would travel to Orlando and back in a single day, leaving home at 7:30 a.m. and returning by 9:30 p.m.

As noted, neither the Government nor Pretrial Services objects to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:    Juliana Murray, Assistant U.S. Attorney