# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 12, 2024

**By ECF and Email**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 40.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: June 12, 2024

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

Yesterday, the Court imposed a sentence for Mekhi McGowan of 30 months' imprisonment. The Court granted Mr. McGowan's requests for (1) a recommended designation in Florida, and (2) a voluntary surrender date at least 90 days out. Mr. McGowan now respectfully requests that the Court amend his judgment in two minor respects.

First, he asks that the Court specifically recommend his designation to the Satellite Camp at FCI Coleman Low or to the Federal Prison Camp at Pensacola. He makes this request because one of his daughters lives in North Carolina, and the other is moving to Thomasville, Georgia. Additionally, his girlfriend will be living in Orlando, FL. Designation at a camp in northern Florida would facilitate visitation with all three far better than placement in the southern part of the state.

Second, he humbly requests that the Court adjourn his surrender date by one week, from September 16 to September 23, 2024. Mr. McGowan's birthday is on September 21, and it would be meaningful for him to celebrate with his family before reporting to serve his 30-month sentence.

We thank the Court for its consideration of these requests.

Respectfully submitted,

*Ariel C. Werner*

Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Juliana Murray and Jilan Kamal, Assistant U.S. Attorneys