UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MEKHI MCGOWAN,<br><br>　　　　　　　　　　Defendant. | 23 Cr. 00372 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

At sentencing, the Court stated that the Defendant's misdemeanor conviction (PSR ¶¶ 43-46) would be accounted for in the Court's Guidelines computation.  In accordance with that determination, the Court clarifies that the Defendant's criminal history category is II, yielding (in conjunction with an offense level of 18) a Guidelines range of 30 to 37 months, as the Court announced at sentencing.

The foregoing does not affect the Court's calculation of the Defendant's Guidelines range, which remains 30 to 37 months' imprisonment.

SO ORDERED.

Dated: June 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER H. REARDEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge