# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

August 30, 2024

**By ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. Defendant shall surrender to the facility designated by BOP **before 2:00 p.m. on January 2, 2025**. Defendant is cautioned that any further requests for an adjournment are unlikely to be granted.*

*The Clerk of Court is directed to terminate ECF No. 48.*

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

*SO ORDERED.*

*[signature]*

*Jennifer H. Rearden, U.S.D.J.*
*Date: August 30, 2024*

Dear Judge Rearden:

    I write without objection from the Government or Pretrial Services to respectfully request an adjournment of Mekhi McGowan's voluntary surrender date for his 30-month prison term from September 23, 2024 to a date after January 1, 2025.

    There are several reasons for Mr. McGowan's request. First, he recently learned that his partner is expecting a child and that her pregnancy is high risk; he would like to be present for her through the first two trimesters, when he understands her pregnancy to be at its highest risk. Second, he is eager to spend more time with his two young children. Third, he would like to obtain temporary employment to help support his girlfriend and children before he goes away. And finally, Mr. McGowan has yet to receive any designation from the Bureau of Prisons.

    As noted, neither the Government nor Pretrial Services objects to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Juliana Murray, Assistant U.S. Attorney