# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 21, 2024

**By ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 52.

SO ORDERED.

*[signature]*

Jennifer H. Rearden, U.S.D.J.
Date: October 22, 2024

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

    I write without objection from the Government or Pretrial Services to request a temporary bail modification allowing Mekhi McGowan to drive his daughter from his home in the Southern District of Florida to her home in the Middle District of Georgia on Thursday, October 24, 2024. He would drive and return on the same day, all within the hours of his curfew. Thank you for your consideration of this request.

    Respectfully submitted,

    /s/ Ariel Werner
    Ariel Werner
    Assistant Federal Defender
    212.417.8770

cc:   Juliana Murray, Assistant U.S. Attorney