**Federal Defenders
OF NEW YORK, INC.**

Tamara L. Giwa
*Executive Director*

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2024

November 5, 2024

**By ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 54.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: November 5, 2024

Re: *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

    I write without objection from the Government or Pretrial Services to request a temporary bail modification allowing Mekhi McGowan to attend his girlfriend's 20-week anatomy ultrasound in Orlando this Friday. He would leave his home in the Southern District of Florida, attend the ultrasound in the Middle District of Florida, and return home same day, all within the hours of his curfew. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc: Juliana Murray, Assistant U.S. Attorney