# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10ᵗʰ Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 3, 2024

**By ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/4/2024

Re:  *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

I write without objection from the Government or Pretrial Services to request a bail modification allowing Mekhi McGowan to move and reside with his girlfriend in the Middle District of Florida until his January 2, 2025, surrender date to serve his 30-month prison sentence. Mr. McGowan, who is currently staying in his mother's living room in Port St. Lucie, Florida, would be grateful for the opportunity to spend his final month before prison living in Orlando with his girlfriend, who is 21 weeks pregnant and eager for as much support as possible.

Mr. McGowan's current Pretrial Officer in the Southern District of Florida has no objection to this request, provided that the Pretrial Services division in the Middle District of Florida agrees to supervise him for the next month. As noted, the Government does not object either. Thank you for your consideration.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:    Juliana Murray, Assistant U.S. Attorney

Pretrial Services having confirmed that the Middle District of Florida will accept this case for supervision, Defendant Mekhi McGowan's bail conditions are hereby modified to permit him to relocate to, and reside at, his girlfriend's home in Orlando, Florida until his January 2, 2025 surrender date. Pretrial Services is directed to transfer Defendant McGowan's supervision from the Southern District of Florida to the Middle District of Florida. All other conditions of bail shall remain in effect.

The Clerk of Court is directed to terminate ECF No. 58.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: December 4, 2024