# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Southern District
Jennifer L. Brown
*Attorney-in-Charge*

December 23, 2024

**By ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. Defendant's surrender date is hereby adjourned to **January 9, 2025**.*

*The Clerk of Court is directed to terminate ECF No. 62. The Clerk of Court is further directed to provide a copy of this Order to Pretrial Services.*

*SO ORDERED.*

*/s/ Jennifer H. Rearden*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: December 23, 2024*

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

    I write on behalf of Mekhi McGowan to respectfully request an adjournment of his voluntary surrender date from January 2, 2025, through January 9, 2025, to allow his appearance at a hearing in the Circuit Court of the Nineteenth Judicial Circuit in Martin County, Florida on January 8, 2025. The hearing concerns a letter motion that Mr. McGowan filed in that court, requesting to have $850 in Florida court fees converted to a civil lien.[1] Copies of Mr. McGowan's letter motion and the Court's Order setting a hearing are attached hereto as Exhibits A and B.

    The Government takes no position on this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Juliana Murray, Assistant U.S. Attorney

---

[1] Mr. McGowan's letter motion to the Circuit Court of the Nineteenth Judicial Circuit explained that he had a January 2, 2025, surrender date for his federal sentence.

# EXHIBIT A

Mekhi McGowan



Port Saint Lucie, Florida 34953

Dear Honorable Judge William L. Roby,
My name is Mekhi McGowan and i am writing you today per advice of my probation officer Erika Dodson in St Lucie County. I have completed the two years of my probation and have been struggling with the fees due to a New York federal case that I will be surrendering to prison for on January 2nd. I would like to fulfill my obligations to the state of Florida and pay in full all my supervision cost and court fees prior to my surrender date but I am unable to do so with such limited time and resources. If possible, I would like to request to have my court fees of eight hundred and fifty dollars turned into a civil lien that I can pay when i have completed my 30-month federal sentence. This would allow me to pay off the rest of my financial dues and supervision costs and have my probation terminated early with the state of Florida. Your prompt attention to this matter would be greatly appreciated. Thank you for time and service.


Sincerely, Mekhi McGowan

# EXHIBIT B

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT, IN AND FOR MARTIN COUNTY, FLORIDA

STATE OF FLORIDA,

CASE NUMBER: 43 2021 CF 001088 A

Plaintiff,

v.

MEKHI DEANDRE MCGOWAN,

Defendant.
_____/

## ORDER SETTING HEARING

This action was brought to the court on the Defendant's pro se Motion to Convert Court Fees to a Civil Lien, and

IT IS ORDERED:

The Defendant's pro se Motion to Convert Court Fees to a Civil Lien shall be heard before the Honorable William L. Roby in Courtroom A3-2 at the Martin County Courthouse located at 100 East Ocean Boulevard, Stuart, FL 34994, on **Wednesday, January 8, 2025, at 9:00 a.m.**

DONE AND ORDERED in chambers at Stuart, Florida, this 12 day of December, 2024.

_____
WILLIAM L. ROBY
Circuit Judge

## CERTIFICATE OF SERVICE

A hereby certify that a true and correct copy of the foregoing was sent by e-service or U.S. Mail to the individuals listed below on December 13, 2024.

_____
BHamilton
Judicial Assistant

Assistant State Attorney | Via e-service
Mekhi Deandre McGowan | Via e-service

COVID-19 NOTICE

If you are a person seeking or are required to enter a courthouse facility please be aware of the following health/safety protocols:

Occupants of all Nineteenth Judicial Circuit courthouse facilities, whether vaccinated or unvaccinated, are recommended and encouraged to utilize face masks while in all areas of the facility. If you would like to wear a face mask but are not in possession of one, a face mask will be provided to you at no cost. Upon entry notify security, or the judge or presiding officer of the court you are attending, that you request a face mask and one will be provided to you at no cost.

## ENGLISH:

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772) 807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

## SPANISH:

Si usted es una persona discapacitada que necesita algún tipo de adecuación para poder participar de este procedimiento, usted tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor comuníquese con Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, Fl. 34986, (772) 807-4370, al menos 7 días antes de su fecha de comparecencia o inmediatamente después de haber recibido esta notificación si faltan menos de 7 días para su cita en el tribunal. Si tiene discapacidad auditiva o de habla, llame al 711.

## KREYOL:

Si ou se yon moun ki andikape epi ou bezwen nenpòt akomodasyon pou ou ka patisipe nan pwosè sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Administrasyon Tribunal-la, 250 NW Country Club Drive, Suite 217, Port St. Lucie FL 34986, (772) 807-4370 omwen 7 jou alavans jou ou gen pou-ou parèt nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bèbè, rele 711.