**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 30, 2024

**By ECF and Email**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mekhi McGowan*, 23 Cr. 372 (JHR)

Dear Judge Rearden:

I write without objection from the Government or Pretrial Services to request a temporary bail modification allowing Mekhi McGowan to drive from his current home in the Middle District of Florida to pick up his daughter in the Southern District of Florida on January 1, 2025. He would spend the night with family and drive her to his home on January 2, 2025, for a short visit before his January 9, 2025, surrender. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Juliana Murray, Assistant U.S. Attorney

Application GRANTED. Defendant Mekhi McGowan's conditions of bail are hereby modified to permit him to travel to the Southern District of Florida on **January 1, 2025** and return to his home in the Middle District of Florida on **January 2, 2025**. All other conditions of bail shall remain in effect.

The Clerk of Court is directed to terminate ECF No. 64.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 30, 2024